IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK SYKES                                                                                    PLAINTIFF

v.                             CASE NO. 5:19-CV-00061 BSM

TAYLOR                                                                                       DEFENDANT

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 3] is adopted, and the plaintiff's complaint is dismissed without prejudice. A certificate of appealability will not issue, and an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 4th day of April 2019.

_____
UNITED STATES DISTRICT JUDGE